**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Fred Dever, *et al.*,

    *Plaintiffs,*

v.

Hon. Gene Kelly, Sheriff, *et al.*,

    *Defendants*.

Case No.  3:06-cv-392
Judge Thomas M. Rose

_____

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 81) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 83), GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS SHERIFF KELLY, AND DEPUTIES CRAMBLETT, TILLMAN AND REED (DOC. 51) AND DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 37) AND DISMISSING WITH PREJUDICE THE CLAIMS AGAINST MR. CLARK.**

_____

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the District Judge has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Plaintiff's objections (Docs. 82 & 84) to the Magistrate Judge's Report and Recommendations (Doc. 81) and Supplemental Report and Recommendations (Doc. 83) are not well taken and they are hereby **OVERRULED**.  Accordingly, the Court **GRANTS** Motion for Summary Judgment of Defendants Sheriff Kelly, and Deputies Cramblett, Tillman and Reed (Doc. 51) and **DENIES** Plaintiffs' Motion for Partial Summary Judgement (Doc. 37) and, as recommended by the magistrate, **DISMISSES WITH PREJUDICE** the Claims Against Mr. Clark.  The captioned cause is hereby **TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 2, 2008.

                                              s/Thomas M. Rose
                                            THOMAS M. ROSE
                                 UNITED STATES DISTRICT JUDGE